JAMES A. DuCHARME, ESQ.(SBN 61002) jducharme@pacbell.net
DuCHARME & COHEN
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
CROWN EQUIPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CROWN EQUIPMENT CORPORATION.,<br>and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 311-cv-05040-TEH<br>Judge: Hon. Thelton E. Henderson<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE FURTHER<br>CASE MANAGEMENT CONFERENCE;<br>[PROPOSED] ORDER GRANTING<br>CONTINUANCE**<br><br>Action Filed:　　August 3, 2011<br>Removal Filed:　October 13, 2011<br>Trial Date:　　　None Set |

CASE NO. 311-cv-05040-TEH　　　　　　　　　STIPULATION AND [PROPOSED] ORDER TO
　　　　　　　　　　　　　　　　　　　　　　CONTINUE CASE MANAGEMENT CONFERENCE

1 TO THIS HONORABLE COURT:

2 Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and

3 Defendant Crown Equipment Corporation ("Defendant"), by and through its counsel, do hereby

4 agree, stipulate, and respectfully request as follows:

5 1. WHEREAS, the further case management conference in this case is currently

6 scheduled for Monday, April 30, 2012 at 1:30 p.m., before the Court;

7 2. WHEREAS, Defendant subpoenaed third-party records on or about March 2, 2012

8 for production on March 16, 2012;

9 3. WHEREAS, Defendant has not received the entirety of the subpoenaed documents

10 to date;

11 4. WHEREAS review of the subpoenaed documents is necessary for Defendant to

12 supplement its initial disclosures and prepare for the deposition of Plaintiff;

13 4. WHEREAS Plaintiff and his counsel have another case before this Court, Jesse

14 Houghtailing v. Frito-Lay North America, Inc., *et al.*, Case Number 311-cv-05062-TEH, and the

15 further case management conference for that matter is also currently scheduled for April 30, 2012

16 at 1:30 p.m.; and

17 5. WHEREAS, Defendant understands that the parties in Case Number 311-cv-

18 05062-TEH have agreed and Defendant Frito-Lay North America, Inc. has noticed Plaintiff's

19 deposition for May 10, 2012;

20 6. WHEREAS, Defendant understands that the parties in Case Number 311-cv-

21 05062-TEH have also requested a continuance of the April 30, 2012 further case management;

22 7. WHEREAS Defendant also agrees to a continuance of that further case

23 management conference because it has discovery that is currently outstanding; and

24 8. WHEREAS Defendant believes it would be efficient for both conferences to be

25 heard on the same day;

26 9. THE PARTIES HEREBY STIPULATE AND REQUEST that, subject to the

27 Court's availability and approval, the currently scheduled further case management conference be

28

1  continued from April 30, 2012 until June 11, 2012.  The parties are also available for a further
2  case management conference on June 4, 2012.
3      IT IS SO STIPULATED.
4
5  Dated:  April 9, 2012                                  DUCHARME & COHEN
6
7                                                         By  _____/s/_____
                                                               JAMES A. DuCHARME
8                                                              Attorneys for Plaintiff
                                                               JESSE HOUGHTAILING
9
10 Dated:  April 9, 2012                                  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
11
12                                                        By  _____/s/_____
                                                               MICHAEL D. LISI
13                                                             Attorneys for Defendant
                                                               CROWN EQUIPMENT CORPORATION
14
15     I hereby attest that I have been authorized by James A. DuCharme to execute on his behalf
16 this Stipulation and [Proposed] Order to Continue Case Management Conference.
17     Executed on this 9th day of April, 2012 at San Francisco, California.
18 Dated:  April 10, 2012                                 KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
19
20                                                        By: _____/s/_____
21                                                             MICHAEL D. LISI
                                                               Attorneys for Defendant
22                                                             CROWN EQUIPMENT CORPORATION
23
24
25
26
27
28
{100011256}                              -2-
CASE NO. 311-cv-05040-TEH                          STIPULATION AND [PROPOSED] ORDER TO
                                                   CONTINUE CASE MANAGEMENT CONFERENCE

1 [~~PROPOSED~~] ORDER

2 Having considered the foregoing stipulation of the parties, the Court orders the further case
3 management conference in the instant matter, <u>Jesse Houghtailing v. Crown Equipment Corp.</u>,
4 Case Number 311-cv-05040-TEH, continued to June 11, 2012, at 1:30 p.m. in Courtroom 12.
5 The parties shall file a joint case management conference statement on or before June 4, 2012.

6

7 IT IS SO ORDERED.

8

9 Dated: _____04/10_____, 2012

10 _____
HON. T[...]



IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

{100011256} -3-
CASE NO. 311-cv-05040-TEH         STIPULATION AND [PROPOSED] ORDER TO
                                  CONTINUE CASE MANAGEMENT CONFERENCE