JAMES A. DuCHARME, ESQ.(SBN 61002) jducharme@pacbell.net
DuCHARME & COHEN
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant
CROWN EQUIPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>          Plaintiff,<br><br>     v.<br><br>CROWN EQUIPMENT CORPORATION.,<br>and DOES 1 TO 100, inclusive,<br><br>          Defendants. | CASE NO.  311-cv-05040-TEH<br>Judge:  Hon. Thelton E. Henderson<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE FURTHER<br>CASE MANAGEMENT CONFERENCE;<br>[~~PROPOSED~~] ORDER GRANTING<br>CONTINUANCE**<br><br>Action Filed:     August 3, 2011<br>Removal Filed:  October 13, 2011<br>Trial Date:       None Set |

1   TO THIS HONORABLE COURT:

2   Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and
3   Defendant Crown Equipment Corporation ("Defendant"), by and through its counsel, do hereby
4   agree, stipulate, and respectfully request as follows:

5   1.   WHEREAS, the further case management conference in this case is currently
6   scheduled for Monday, April 30, 2012 at 1:30 p.m., before the Court;

7   2.   WHEREAS, Defendant subpoenaed third-party records on or about March 2, 2012
8   for production on March 16, 2012;

9   3.   WHEREAS, Defendant has not received the entirety of the subpoenaed documents
10  to date;

11  4.   WHEREAS review of the subpoenaed documents is necessary for Defendant to
12  supplement its initial disclosures and prepare for the deposition of Plaintiff;

13  4.   WHEREAS Plaintiff and his counsel have another case before this Court, <u>Jesse
14  Houghtailing v. Frito-Lay North America, Inc.</u>, *et al.*, Case Number 311-cv-05062-TEH, and the
15  further case management conference for that matter is also currently scheduled for April 30, 2012
16  at 1:30 p.m.; and

17  5.   WHEREAS, Defendant understands that the parties in Case Number 311-cv-
18  05062-TEH have agreed and Defendant Frito-Lay North America, Inc. has noticed Plaintiff's
19  deposition for May 10, 2012;

20  6.   WHEREAS, Defendant understands that the parties in Case Number 311-cv-
21  05062-TEH have also requested a continuance of the April 30, 2012 further case management;

22  7.   WHEREAS Defendant also agrees to a continuance of that further case
23  management conference because it has discovery that is currently outstanding; and

24  8.   WHEREAS Defendant believes it would be efficient for both conferences to be
25  heard on the same day;

26  9.   THE PARTIES HEREBY STIPULATE AND REQUEST that, subject to the
27  Court's availability and approval, the currently scheduled further case management conference be

28

{100011256}                              -1-
CASE NO. 311-cv-05040-TEH         STIPULATION AND [PROPOSED] ORDER TO
                                  CONTINUE CASE MANAGEMENT CONFERENCE

1 continued from April 30, 2012 until June 11, 2012.  The parties are also available for a further
2 case management conference on June 4, 2012.
3      IT IS SO STIPULATED.
4
5 Dated:  April 9, 2012           DuCharme & Cohen
6
7           By        /s/
                   JAMES A. DuCHARME
8                    Attorneys for Plaintiff
                   JESSE HOUGHTAILING
9
10 Dated:  April 9, 2012           Krieg, Keller, Sloan, Reilley & Roman llp
11
12           By        /s/
                   MICHAEL D. LISI
13                    Attorneys for Defendant
                   CROWN EQUIPMENT CORPORATION
14
15      I hereby attest that I have been authorized by James A. DuCharme to execute on his behalf
16 this Stipulation and [Proposed] Order to Continue Case Management Conference.
17      Executed on this 9th day of April, 2012 at San Francisco, California.
18 Dated:  April 10, 2012          Krieg, Keller, Sloan, Reilley & Roman llp
19
20           By: _____/s/_____
21            MICHAEL D. LISI
           Attorneys for Defendant
22            CROWN EQUIPMENT CORPORATION
23
24
25
26
27
28

**1** [PROPOSED] ORDER

**2** Having considered the foregoing stipulation of the parties, the Court orders the further case

**3** management conference in the instant matter, <u>Jesse Houghtailing v. Crown Equipment Corp.</u>,

**4** Case Number 311-cv-05040-TEH, continued to June 11, 2012, at 1:30 p.m. in Courtroom 12.

**5** The parties shall file a joint case management conference statement on or before June 4, 2012.

**7** IT IS SO ORDERED.

**9** Dated: _____04/10_____, 2012

**10** _____
HON. T[HELTON E. HENDERSON]



{100011256}                              -3-
CASE NO. 311-cv-05040-TEH                    STIPULATION AND [PROPOSED] ORDER TO
                                              CONTINUE CASE MANAGEMENT CONFERENCE