1  JAMES A. DuCHARME, ESQ.(SBN 61002) jducharme@pacbell.net
   DuCHARME & COHEN
2  450 Taraval Street, P.M.B. 317
   San Francisco, CA 94116-2530
3  Telephone: 415.495.4171
4  Facsimile: 888.668.4170

5  Attorneys for Plaintiff
   JESSE HOUGHTAILING
6
7  KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
8  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   555 Montgomery Street, 17th Floor
9  San Francisco, CA  94111
   Telephone:  (415) 249-8330
10 Facsimile:  (415) 249-8333

11 Attorneys for Defendant
   CROWN EQUIPMENT CORPORATION
12

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

| 18 | JESSE HOUGHTAILING, | CASE NO.  311-cv-05040-TEH |
|---|---|---|
| 19 | Plaintiff, | Judge:  Hon. Thelton E. Henderson |
| 20 | v. | **STIPULATION AND [PROPOSED]** **ORDER TO CONTINUE ADR DEADLINE** |
| 21 | CROWN EQUIPMENT CORPORATION., and DOES 1 TO 100, inclusive, | Action Filed:    August 3, 2011 Removal Filed:  October 13, 2011 |
| 22 | | Trial Date:       None Set |
| 23 | Defendants. | |

**1**  TO THIS HONORABLE COURT:

**2**  Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and
**3** Defendant Crown Equipment Corporation ("Defendant"), by and through its counsel, do hereby
**4** agree, stipulate, and respectfully request as follows:

**5**  1. WHEREAS, on June 11, 2012, the Court held a further Case Management
**6** Conference in this action;

**7**  2. WHEREAS, at that Case Management Conference, the Court and the parties
**8** discussed the timing of discovery in this matter, in particular the deposition of Plaintiff, and the
**9** impact of that discovery on the then-current ADR deadline of July 31, 2012;

**10**  3. WHEREAS, at that time the Court and the parties agreed that the parties would
**11** proceed with discovery, and would submit a stipulation to extend the ADR deadline if necessary;

**12**  4. WHEREAS on July 24th and 25th, Defendant began Plaintiff's deposition;

**13**  5. WHEREAS, the parties are attempting to find a mutually agreeable date to
**14** complete Plaintiff's deposition; and

**15**  5. WHEREAS the parties have met and conferred regarding availability for and
**16** timing of a private mediation, and believe that, in light of their discussion, it would be appropriate
**17** to continue the ADR deadline in this matter until November 16, 2012;

**18**  6. WHEREFORE THE PARTIES HEREBY STIPULATE AND REQUEST, subject
**19** to the Court's approval, that the ADR deadline in this matter be continued until November 16,
**20** 2012.

**21**  IT IS SO STIPULATED.

**23** Dated: September 10, 2012        DuCHARME & COHEN

**25**                    By _____/s/_____
                       JAMES A. DuCHARME
**26**                    Attorneys for Plaintiff
                       JESSE HOUGHTAILING

{100011256}                         -1-
CASE NO. 311-cv-05040-TEH         STIPULATION AND [PROPOSED] ORDER TO
                                  CONTINUE ADR DEADLINE

1 | Dated:  September 10, 2012         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

2

3                                         By  _____/s/_____
                                                  MICHAEL D. LISI
4                                                 Attorneys for Defendant
                                                  CROWN EQUIPMENT CORPORATION
5

6    I hereby attest that I have been authorized by James A. DuCharme to execute on his behalf

7 this Stipulation and [Proposed] Order to Continue Case Management Conference.

8    Executed on this 10th day of September, 2012 at San Francisco, California.

9 Dated:  September 10, 2012         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

10

11                                        By: _____/s/_____
                                                  MICHAEL D. LISI
12                                                Attorneys for Defendant
                                                  CROWN EQUIPMENT CORPORATION
13

{100011256}                                 -2-
CASE NO. 311-cv-05040-TEH                   STIPULATION AND [PROPOSED] ORDER TO
                                            CONTINUE ADR DEADLINE

1 [~~PROPOSED~~] ORDER

2 Having considered the foregoing stipulation of the parties, the Court hereby orders that the

3 ADR deadline in the instant matter, <u>Jesse Houghtailing v. Crown Equipment Corp.</u>, Case Number

4 311-cv-05040-TEH, shall be continued until November 16, 2012.

5 IT IS SO ORDERED.

6

7 Dated: _____09/11_____, 2012

8

9 _____

10 [Signature of Judge Thelton E. Henderson]

*(Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson)*