JAMES A. DuCHARME, ESQ.(SBN 61002) jducharme@pacbell.net
DuCHARME & COHEN
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant
CROWN EQUIPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>Plaintiff,<br><br>v.<br><br>CROWN EQUIPMENT CORPORATION.,<br>and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO.  311-cv-05040-TEH<br>Judge:  Hon. Thelton E. Henderson<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE ADR DEADLINE**<br><br>Action Filed:     August 3, 2011<br>Removal Filed:  October 13, 2011<br>Trial Date:        None Set |

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendant Crown Equipment Corporation ("Defendant"), by and through its counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, on June 11, 2012, the Court held a further Case Management Conference in this action;

2. WHEREAS, at that Case Management Conference, the Court and the parties discussed the timing of discovery in this matter, in particular the deposition of Plaintiff, and the impact of that discovery on the then-current ADR deadline of July 31, 2012;

3. WHEREAS, at that time the Court and the parties agreed that the parties would proceed with discovery, and would submit a stipulation to extend the ADR deadline if necessary;

4. WHEREAS on July 24th and 25th, Defendant began Plaintiff's deposition;

5. WHEREAS, the parties are attempting to find a mutually agreeable date to complete Plaintiff's deposition; and

5. WHEREAS the parties have met and conferred regarding availability for and timing of a private mediation, and believe that, in light of their discussion, it would be appropriate to continue the ADR deadline in this matter until November 16, 2012;

6. WHEREFORE THE PARTIES HEREBY STIPULATE AND REQUEST, subject to the Court's approval, that the ADR deadline in this matter be continued until November 16, 2012.

IT IS SO STIPULATED.


Dated: September 10, 2012              DuCharme & Cohen


                                       By  _____/s/_____
                                           JAMES A. DuCHARME
                                           Attorneys for Plaintiff
                                           JESSE HOUGHTAILING

{100011256}                            -1-
CASE NO. 311-cv-05040-TEH              STIPULATION AND [PROPOSED] ORDER TO
                                       CONTINUE ADR DEADLINE

1  Dated: September 10, 2012                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                                By  _____/s/_____
                                                         MICHAEL D. LISI
                                                         Attorneys for Defendant
                                                         CROWN EQUIPMENT CORPORATION

   I hereby attest that I have been authorized by James A. DuCharme to execute on his behalf this Stipulation and [Proposed] Order to Continue Case Management Conference.

   Executed on this 10th day of September, 2012 at San Francisco, California.

   Dated: September 10, 2012                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                                By: _____/s/_____
                                                         MICHAEL D. LISI
                                                         Attorneys for Defendant
                                                         CROWN EQUIPMENT CORPORATION

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court hereby orders that the ADR deadline in the instant matter, <u>Jesse Houghtailing v. Crown Equipment Corp.</u>, Case Number 311-cv-05040-TEH, shall be continued until November 16, 2012.

IT IS SO ORDERED.

Dated: _____09/11_____, 2012

_____
HON. THELTON E. HENDERSON