UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE HOUGHTAILING,

        Plaintiff,

   v.

CROWN EQUIPMENT CORPORATION,

        Defendant.

Case No. 11-cv-05040-TEH

**ORDER RE: PLAINTIFF'S COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE**

On March 10, 2014, the parties came before the Court for a case management conference. At the conference, Plaintiff explained that despite his efforts, he still has not successfully obtained new counsel since his previous counsel withdrew in December 2013. Accordingly, the Court shall permit Plaintiff additional time to secure counsel. Plaintiff is expected to have obtained counsel and to have counsel be present at the next case management conference on **April 21, 2014 at 1:30 PM**. No later than **April 14, 2014**, the parties must file a joint case management conference statement reflecting any updates and presenting possible trial dates. It is the Court's and the parties' clear and unequivocal understanding that Plaintiff's failure to obtain counsel by the next case management conference will result in the Court setting dates for trial and requiring Plaintiff to represent himself in this matter, including at that trial.

**IT IS SO ORDERED.**

Dated: 3/10/14      _____
                              THELTON E. HENDERSON
                              United States District Judge