UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>        Plaintiff,<br><br>    v.<br><br>CROWN EQUIPMENT CORPORATION,<br><br>        Defendant. | Case No. 11-cv-05040-TEH<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND VACATING TRIAL DATE** |

This case is currently set for trial on November 18, 2014, with a pretrial conference scheduled for this afternoon. This morning, the Court received notice from Plaintiff Jesse Houghtailing that he is currently in the hospital with bronchitis.

The Court therefore CONTINUES today's pretrial conference until **November 18, 2014, at 10:00 AM** in Courtroom 2 on the 17th Floor of the Phillip Burton Federal Building. Plaintiff is instructed to bring documentation of his current hospitalization to the pretrial conference.

Accordingly, the Court also VACATES the November 18, 2014 trial date. A new trial date will be determined at a later time.

**IT IS SO ORDERED.**

Dated: 11/03/14

                                                THELTON E. HENDERSON
United States District Judge