KENNETH E. KELLER (SBN: 71450) kkeller@ksrh.com
GARY A. CERIO (SBN 99468) gcerio@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>              Plaintiff,<br><br>        v.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS, and DOES 1 to 25,<br><br>              Defendants. | Case No.: CV-11-5040 TEH<br><br>[PROPOSED] ORDER PERMITTING DEFENDANT CROWN EQUIPMENT CORPORATION TO USE ELECTRONIC EQUIPMENT AND DEMONSTRATIVE EVIDENCE DURING TRIAL<br><br>Trial Date: March 10, 2015<br>Dept:        Courtroom 2, 17th Floor<br>Judge:       Hon. Thelton E. Henderson |

**IT IS HEREBY ORDERED** that:

At the trial in this matter commencing on March 10, 2015 at 9:00 a.m., Defendant Crown Equipment Corporation dba Crown Lift Trucks ("Crown"), through its attorneys and experts, shall be permitted to bring into the Federal Courthouse, located at 450 Golden Gate Avenue, in San Francisco California, and into Courtroom 2, on the 17th Floor, and to use at trial, electronic equipment and demonstrative evidence, consisting of no more than three laptop computers (and all necessary auxiliary equipment such as stands, switches, chargers, and power strips), video equipment necessary to show video excerpts of deposition testimony and expert demonstrations, including a projector, screen, and/or monitors for viewing (and all necessary equipment such as

1

carts, stands, and audio/video cables), additional hard copies and/or enlarged copies of trial

exhibits and other demonstrative evidence, with mounting boards, easels, or other equipment

necessary for displaying the demonstrative evidence.

The Court further grants permission to Crown Equipment Corporation's technology and

equipment vendors, RLM/Trial Graphix and Aquipt, Inc., access to Courtroom 2 to set up the

electronic equipment on Monday, March 9, 2015 at 10:30 a.m., to facilitate the timely and orderly

conduct of the trial.

**IT IS SO ORDERED.**

Dated:  March __04__, 2015



_____
Thelton E. Henderson
Judge, United States District Court

Judge Thelton E. Henderson

_____
[PROPOSED] ORDER PERMITTING DEFENDANT CROWN EQUIPMENT CORPORATION TO USE
ELECTRONIC EQUIPMENT AND DEMONSTRATIVE EVIDENCE DURING TRIAL
CASE NO.: CV-11-5040 TEH